IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

OTIS HUGHES, ADC # 100835                                                                  PLAINTIFF

v.                              Case No. 5:15-cv-330 KGB

CANDACE L. VETSCH, Patrol Officer,
Stuttgart Police Department; *et al.*                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, this action is dismissed without prejudice.

So adjudged this the 27th day of June, 2017.

                                        Kristine G. Baker
                                        United States District Judge